| 1  | HEATHER E. WILLIAMS, Bar #122664
|    | Federal Defender
| 2  | ERIC V. KERSTEN, Bar #226429
|    | Assistant Federal Defender
| 3  | Designated Counsel for Service
|    | 2300 Tulare Street, Suite 330
| 4  | Fresno, CA  93721-2226
|    | Telephone: (559) 487-5561
| 5  |
| 6  | Attorney for Defendant
|    | JOSE JUAREZ TAPIA
| 7  |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00119 DAD |
|---|---|
| *Plaintiff,* | |
| v. | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; |
| JOSE JUAREZ TAPIA, | ORDER |
| *Defendant.* | DATE:  November 18, 2019
|  | TIME:   10:00 a.m.
|  | JUDGE: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the change of plea hearing scheduled for October 7, 2019, may be continued to November 18, 2019, or the soonest date thereafter convenient to the Court.

While it is anticipated this matter will be resolved via plea agreement, this continuance is requested to allow the parties additional time to gather relevant information, conduct investigation, and engage in further negotiations before reaching a final resolution.

The parties agree that the delay resulting from this continuance shall be excluded in the interest of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A).

///

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: October 4, 2019  /s/ *Laura D. Withers*
LAURA D. WITHERS
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: October 4, 2019  /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
JOSE JUAREZ TAPIA

## ORDER

**IT IS SO ORDERED**. The change of plea hearing for Jose Juarez Tapia is continued to November 18, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**October 4, 2019**__  _____
UNITED STATES DISTRICT JUDGE