HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE JUAREZ TAPIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00119 DAD |
|---|---|
| Plaintiff, | Case No. 1:19-cr-00067 DAD |
| v. | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |
| JOSE JUAREZ TAPIA, | |
| Defendant. | DATE:   July 20, 2020<br>TIME:   10:00 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the change of plea hearing scheduled for June 9, 2020, may be continued to July 20, 2020, or the soonest date thereafter convenient to the Court.

The parties have reached a tentative agreement that will resolve Mr. Juarez Tapia's illegal reentry charge in case 1:19-cr-00119-DAD-BAM; and the related supervised release violation transferred from the District of Arizona to the Eastern District of California in Case No. 1:19-cr-00067 DAD. Mr. Juarez Tapia is a Spanish speaker housed in the Lerdo Kern County Detention facility. Counsel has reviewed the general provisions of the agreement with Mr. Juarez Tapia, but counsel has not been able to review the printed agreement with Mr. Juarez Tapia and an interpreter. Additional time is needed to review the printed agreement with Mr. Juarez Tapia,

verify that he understands and agrees to all provisions, and obtain Juarez Tapia's signature.

The parties agree that the delay resulting from this continuance shall be excluded in the interest of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A).

                                                Respectfully submitted,

                                                McGREGOR W. SCOTT
United States Attorney

DATED:  June 3, 2020                   /s/ *Laura D. Withers*
                                                LAURA D. WITHERS
Assistant United States Attorney
Attorney for Plaintiff

                                                HEATHER E. WILLIAMS
Federal Defender

DATED:  June 3, 2020                   /s/ *Eric V. Kersten*
                                                ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
JOSE JUAREZ TAPIA

**ORDER**

**IT IS SO ORDERED**. The status conference for Jose Juarez Tapia is continued to July 20, 2020, at 10:00 a.m. Courtroom 5.

IT IS SO ORDERED.

Dated:  **June 3, 2020**                                               
                                                UNITED STATES DISTRICT JUDGE